CALLED, and the notice of cross-appeal is REINSTATED.

Larry G. JUNKER, Plaintiff–Appellee,

v.

James R. EDDINGS, Galt Medical Corp and Xentek Medical Inc., Defendant–Appellant.

No. 04–1208.

United States Court of Appeals, Federal Circuit.

March 12, 2004.

ORDER

The order of dismissal and the mandate dated March 4, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Patrick J. GRIFFIN, III, an individual, Point Lookout Prisoner of War Assn., a nonprofit unincorporated association, Sons of Confederate Veterans, Inc., a Mississippi non-profit corporation, Petitioners,

v.

SECRETARY OF VETERANS AFFAIRS, Respondent.

No. 04–7030.

United States Court of Appeals, Federal Circuit.

March 12, 2004.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.